COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

FERMIN GENE RAYOS, JR.,      §       No. 08-16-00211-CR

      Appellant,       §       Appeal from the

v.       §       119th District Court

THE STATE OF TEXAS,       §       Of Tom Green County, Texas

      State.       §       (TC# B-15-0405-SB)

§

# O R D E R

Pending before the Court is Appellant's pro se motion for access to the appellate record. The motion is GRANTED. Therefore, it is ORDERED that the Clerk of this Court, forward a copy of the clerk's record and reporter's record, and any supplemental records, to the Warden of the Allred Unit, 2101 FM 369 North, Iowa Park, Tx 76367. The record, having been filed in electronic format, will be provided in CD format, and it shall be made available to Appellant (TDCJ #2079501), under the supervision of the Law Librarian or designee, for his review and use in preparing a brief. Appellant is directed to notify the Court within thirty days whether he intends to file a brief. Further, it is not necessary for the record (CD) to be returned to this Court and it may be destroyed by the Warden after Appellant has filed his brief. Further, the appellant's brief is due on or before **May 19, 2017.**

IT IS SO ORDERED this 4th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.